**NOT DESIGNATED FOR PUBLICATION**

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**03-1365**


**STATE IN THE INTEREST OF D.L.A.**


\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 01-J-5827-A
HONORABLE MARK A. JEANSONNE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*


**JOHN D. SAUNDERS**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*


Court composed of John D. Saunders, Jimmie C. Peters, and Billy Howard Ezell, Judges.

**AFFIRMED.**

**Robert John Elliott**
**Louisiana Dept. of Social Services**
**P. O. Box 832**
**Alexandria, LA 71309-0832**
**(318) 487-5218**
**Counsel for: Plaintiff/Appellant**
      **State  of Louisiana**

**Thomas E. Papale  Esq.**
**Attorney At Law**
**P. O. Box 450**
**Marksville, LA 71351-0000**
**(318) 240-9400**
**Counsel for: Appellee**
      **D. L. A.**

**Douglas L. Bryan**
**The Bryan Law Firm, LLC**
**P. O. Box 707**
**Marksville, La 71351-0707**
**(318) 240-8282**
**Counsel for: Appellee**
**T. A.**